UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MOROCCANOIL, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RAINBOW SALES INC., a New York corporation; SIMPLE TRADING COMPANY, INC., a California corporation and DOES 1 through 10, inclusive,<br><br>　　　　　Defendant. | CASE No. CV11-8750 DMG (AGRx)<br><br>**STIPULATED FINAL JUDGMENT AND PERMANENT INJUNCTION [26]** |

　　　Based upon the Stipulation signed by counsel for Plaintiff Moroccanoil, Inc., ("Moroccanoil") and President for Defendant Rainbow Sales, Inc. ("Rainbow") for a final resolution of this action, the Court enters this Final Judgment including a Permanent Injunction as part of a comprehensive settlement.

2522.195\9980

[PROPOSED] STIPULATED FINAL JUDGMENT AND PERMANENT INJUNCTION

Therefore, IT IS ORDERED that:

1. Defendant Rainbow Sales, Inc. and its owners, officers, agents, servants, employees, attorneys, suppliers, distributors, and all those in active concert or participation with any of them, are permanently restrained and enjoined from:

    a. Acquiring, purchasing, marketing, storing, transporting, distributing, dealing in, offering for sale or selling, directly or indirectly, any Moroccanoil Products, including counterfeit Moroccanoil Products or any products bearing Moroccanoil Trademarks.

    b. Using or otherwise infringing the Moroccanoil Trademarks.

    c. Causing, directing, soliciting, assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in the above paragraphs (a) and (b).

2. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement and the Permanent Injunction in this matter.

3. All remaining claims are dismissed with prejudice.

//

//

//

//

4. Final judgment is hereby entered, with each party responsible for its own costs and attorneys fees.

IT IS SO ORDERED.

DATED: September 21, 2012

_____
Dolly M. Gee
United States District Judge

Submitted by:

CONKLE, KREMER & ENGEL
Professional Law Corporation

*s/Courtney M. Ryan*
By: Courtney M. Ryan
Attorneys for Plaintiff Moroccanoil, Inc.


Maria A. Miller

*s/Maria A. Miller*
By: President
Rainbow Sales Inc.

2522.195\9980

-2-

[PROPOSED] STIPULATED FINAL JUDGMENT AND PERMANENT INJUNCTION